1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9 Elias Market LLC, | No. CV-17-02351-PHX-GMS |
| 10         Plaintiff, | **ORDER** |
| 11 v. | |
| 12 Liberty Mutual Insurance Company, et al., | |
| 13         Defendants. | |
| 14 | |

15
16
     Pursuant to the parties' Stipulation to Amend Case Caption and Dismiss

17
Defendants (Doc. 13) and good cause appearing,

18
     **IT IS ORDERED** that the case caption be amended to show Ohio Security

19
Insurance Company as the named Defendant.

20
     **IT IS FURTHER ORDERED** that Defendants Liberty Mutual Insurance

21
Company and Liberty Mutual Fire Insurance Company are dismissed from the action

22
without prejudice, each to bear its own fees and costs.

23
     Dated this 27th day of July, 2017.

24
25

Honorable G. Murray Snow
United States District Judge

26
27
28