Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com
         astein@fgppr.com
Attorneys for Defendant Ohio Security Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elias Market LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Ohio Security Insurance Company; John and Jane Does 1-10; and Black and White Corporations I-10,<br><br>Defendants. | No. 2:17-cv-02351-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW Defendant Ohio Security Insurance Company, by and through undersigned counsel, and hereby notifies this Court that Plaintiff Elias Market, LLC and Defendant Ohio Security Insurance Company, have reached a settlement in the above-entitled matter.

. . .

. . .

. . .

. . .

. . .

DATED this 24th day of April, 2018.

                                    FORAN GLENNON PALANDECH
                                    PONZI & RUDLOFF PC

By: s/ *Amy L. Stein*
     Amy M. Samberg
     Amy L. Stein
     One Renaissance Tower
     Two North Central Avenue,
     Suite 1800
     Phoenix, Arizona 85004
     Attorneys for Defendant Ohio Security
     Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Phoenix, Arizona addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

Kevin Harper, Esq.
HARPER LAW PLC
350 N. Gilbert Road, Suite 204
Gilbert, AZ 85234
*Attorneys for Plaintiff*

/s/    *Brenda Uran*