Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099
E-Mail: asamberg@fgppr.com
astein@fgppr.com
Attorneys for Defendant Ohio Security Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elias Market LLC, an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Ohio Security Insurance Company; John and Jane Does 1-10; and Black and White Corporations I-10,<br><br>　　　　　　Defendants. | No.  2:17-cv-02351-PHX-GMS<br><br>**STIPULATION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

　　　Plaintiff Elias Market LLC and Defendant Ohio Security Insurance Company, by and through undersigned counsel, hereby stipulate to dismiss with prejudice Plaintiff's complaint, in its entirety, the parties to bear their own costs and attorneys' fees.

　　　DATED this 21st day of May, 2018.

　　　　　　　　　　　　　　　　　　FORAN GLENNON PALANDECH
　　　　　　　　　　　　　　　　　　PONZI & RUDLOFF PC


　　　　　　　　　　　　　　　　　　By: s/ *Amy L. Stein*
　　　　　　　　　　　　　　　　　　　　Amy M. Samberg
　　　　　　　　　　　　　　　　　　　　Amy L. Stein
　　　　　　　　　　　　　　　　　　　　One Renaissance Tower
　　　　　　　　　　　　　　　　　　　　Two North Central Avenue, Suite 1800
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85004
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Ohio Security
　　　　　　　　　　　　　　　　　　　　Insurance Company

HARPER LAW PLC

By: s/ *Kevin Harper with permission*
Kevin Harper, Esq.
350 N. Gilbert Road, Suite 204
Gilbert, AZ  85234
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a).  A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Phoenix, Arizona addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

/s/     *Brenda Uran*